IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STORMBORN TECHNOLOGIES LLC, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 2-21-CV-1168-GAM |
| USA TECHNOLOGIES, INC., | |
| Defendant. | |

**NOTICE OF SETTLEMENT AND
<u>REQUEST FOR DISMISSAL PURSUANT TO LOCAL RULE 41.1(B)</u>**

Having reached a settlement in principle, Plaintiff Stormborn Technologies LLC and Defendant Cantaloupe, Inc., f/k/a USA Technologies, Inc., respectfully request the Court enter an order dismissing the above-captioned case pursuant to Local Rule of Civil Procedure 41.1(b).

Dated: July 12, 2021

Respectfully submitted,

<u>/s/ Howard L. Wernow</u>
Howard L. Wernow (*Pro hac vice*)
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: 330-244-1174
Facsimile: 330-244-1173
Email: howard.wernow@sswip.com

Jimmy Chong (#202024)
CHONG LAW FIRM PA
100 West Main Street – Suite 420
Lansdale, Pennsylvania 19446
Telephone: (215) 909-5204
Facsimile: (877) 796-4627
Email: chong@chonglawfirm.com

*Attorneys for Stormborn Technologies LLC*

/s/ Beth Moskow-Schnoll
Beth Moskow-Schnoll (PA Bar No. 52180)
Tyler B. Burns (PA Bar No. 325660)
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.665.8500
Facsimile: 215.864.8999
moskowb@ballardspahr.com
burnst@ballardspahr.com

Richard W. Miller
(*pro hac vice to be applied for*)
D. Alan White
(*pro hac vice to be applied for*)
Kyle A. Ceuninck
(*pro hac vice to be applied for*)
Ballard Spahr LLP
999 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: 678.420.9300
Facsimile: 678.420.9301
millerrw@ballardspahr.com
whiteda@ballardspahr.com
ceuninckk@ballardspahr.com

*Attorneys for Defendant Cantaloupe, Inc., f/k/a USA Technologies, Inc.*